### 13044. ALLEN v. CITY OF BLUE RIDGE.

BROYLES, C. J. It was not error for the judge of the superior court to dismiss a certiorari in a case from a mayor's or police court, where no pauper affidavit was made, and where it was not alleged in the petition for certiorari that the bond given by the petitioner was approved and accepted by the clerk of the police court, and where there was no certificate from the clerk that the bond was filed with him and had been approved and accepted by him. *Gillespie* v. *Mayor &c. of Macon*, 19 *Ga. App.* 1 (90 S. E. 970), and citations.

*Judgment affirmed. Luke and Bloodworth, JJ., concur.*
DECIDED JANUARY 17, 1922.

Certiorari; from Fannin superior court — Judge Blair. October 21, 1921.

*Thomas A. Brown,* for plaintiff in error.
*William Butt,* contra.

---

### 13045. LEWIS, alias FRANKLIN, v. THE STATE.

A conviction of simple larceny was authorized in this case.
DECIDED JANUARY 17, 1922.

Indictment for larceny; from Randolph superior court — Judge Worrill. September 30, 1921.

*Charles W. Worrill,* for plaintiff in error.
*B. T. Castellow, solicitor-general, R. R. Arnold,* contra.

LUKE, J. The amended motion for a new trial in this case is but an amplification of the original motion, which complains that the verdict finding the defendant guilty was not authorized by the evidence. The jury, under proper and appropriate instructions from the court, believed the testimony adduced by the State, and did not believe the evidence offered by the defendant. The verdict has the approval of the trial judge. It was not error to overrule the motion for a new trial.

*Judgment affirmed. Broyles, C. J., and Bloodworth, J., concur.*